BRENNAMAN ET AL., APPELLANTS, *v.* R.M.I. COMPANY; BECHTEL GROUP, INC. ET AL., APPELLEES.

[Cite as *Brennaman v. R.M.I. Co.* (1994), 71 Ohio St.3d 1211.]

(No. 93–241—Submitted November 1, 1994—Decided December 20, 1994.)

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, Richard C. Alkire, Joel Levin* and *Sandra J. Rosenthal,* for appellants.

*Weston, Hurd, Fallon, Paisley & Howley* and *William H. Baughman, Jr.,* for appellee William Powell Company.

Appellee Powell's motion for clarification is granted. The last sentence of the majority opinion, *Brennaman v. R.M.I. Co.* (1994), 70 Ohio St.3d 460, 467, 639 N.E.2d 425, 431, is amended *nunc pro tunc* to read:

"All remaining causes against Bechtel are remanded to the trial court."

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.